UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK MUNOZ; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>SUPERIOR COURT OF LOS ANGELES COUNTY; et al.,<br><br>        Defendants - Appellees. | No. 22-55941<br><br>D.C. No. 2:22-cv-03436-MWF-JEM<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| MARK MUNOZ; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>SUPERIOR COURT OF LOS ANGELES COUNTY; et al.,<br><br>       Defendants - Appellees. | No. 23-55302<br><br>D.C. No. 2:22-cv-08682-MWF-JEM<br>U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered January 09, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT